# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEYED M. KAZEROUNI,**<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>**LVNV FUNDING LLC; HSBC BANK USA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,**<br><br>　　　　Defendants. | **Case No.:** SACV14-1282 CJC (JCGx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC PURSUANT TO FRCP 41(A)** |

　　　Based upon the Parties' Joint Stipulation For Dismissal, and good cause, this Court hereby orders Defendant Trans Union LLC to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 15, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Cormac J. Carney
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE